UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00146

**Adam Blake Perritt,**
*Plaintiff,*

v.

**Gregg Orr Auto Collection, Inc. et al.,**
*Defendants.*

## ORDER

On April 19, 2021, plaintiff Adam Perritt filed the above styled and numbered complaint. Doc. 1. The case was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b).

On June 15, 2021, the plaintiff filed an unopposed motion to dismiss defendant CPI Insurance Company a/k/a Cobra Professional, Inc. ("CPI"). Doc. 8. On June 23, 2021, the magistrate judge entered a report recommending granting the motion and dismissing the case against CPI without prejudice. Doc. 9. No objections were filed.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The plaintiff's motion is granted. The case against CPI is dismissed without prejudice.

*So ordered by the court on July 14, 2021.*

J. Campbell Barker
United States District Judge