IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADAM BLAKE PERRITT | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 6:21-cv-146-JCB-KNM |
| | § | |
| ORR MOTORS OF SHREVEPORT, | § | |
| INC., GREGG ORR AUTO | § | |
| COLLECTION, INC., ORR MOTORS | § | |
| OF LONGVIEW, INC. AND CONEXIS | § | |
| BENEFITS ADMINISTRATORS, L.P. | § | |
| | § | |
| Defendants. | § | JURY TRIAL DEMANDED |

**PLAINTIFF'S TRIAL WITNESS DESIGNATIONS**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW, Plaintiff, Adam Blake Perritt, and hereby designates the following as

Plaintiff's trial witnesses:

1. Plaintiff Adam Perritt
   c/o Nicholas A. O'Kelly and Clark Will
   4131 Hood Street, Suite 500
   Dallas TX 75219
   (214) 379-0827

2. Kristopher Perritt
   c/o Nicholas O'Kelly and Clark Will
   3141 Hood Street, Suite 500
   Dallas, Texas 75219
   (214) 379-0827

3. Dr. Glenn N. Levine, MD, FAHA, FACC
   Chief, Cardiology Section
   Michael E. DeBakey VA Medical Center
   c/o Nicholas O'Kelly and Clark Will
   3142 Hood Street, Suite 500
   Dallas, Texas 75219
   (214) 379-0827

4. Dr. Andrej Spec, MD, MSCI
   Associate Professor, Infectious Disease
   Associate Director, Infectious Disease-Clinical Research Unit
   c/o Nicholas O'Kelly and Clark Will
   3141 Hood Street, Suite 500
   Dallas, Texas 75219
   (214) 379-0827

6. Dr. Craig Delisi, MD
   1610 S. Jefferson Avenue
   Mount Pleasant, Texas 75455

7. Nicholas A. O'Kelly and Clark B. Will
   The Kilgore Law Firm
   3141Hood Street,
   Dallas TX 75219

8. Witnesses listed by Defendants on their Trial Witness Designation List, who can be reached through Defendants' counsel, as follows:

    a. Corporate Representatives of all Defendants
    b. Jacob Pool
    c. Thomas Orr
    d. Chris Franklin
    e. Pam Baker
    f. Jason Aleman
    g. Jorge Casas, M.D.

Plaintiff reserves the right to amend its list of trial witness designations.

Date:  December 28, 2022.                    Respectfully submitted,

                                             **KILGORE & KILGORE, PLLC**

                                             By:  */s/ Nicholas A O'Kelly*

                                             Clark B. Will
                                             State Bar No. 21502500
                                             Nicholas A O'Kelly
                                             State Bar No. 15241235
                                             **KILGORE LAW CENTER**
                                             3141 Hood St. Suite 500
                                             Dallas, Texas 75219
                                             (214) 379-0827 - Telephone
                                             (214) 953-0133 – Telecopier
                                             email: nao@kilgorelaw.com
                                             **ATTORNEYS FOR PLAINTIFF**
                                             **ADAM BLAKE PERRITT**

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 28, 2022, a true and correct copy of the foregoing document was served via e-mail and/or electronic service to counsel of record for the Defendant.

VIA E-FILE:
Jeffrey C. Elliott
ELLIOTT LAW FIRM
5519 Plaza Drive
Texarkana, Texas 75503
Phone: (903) 838-1098
Fax: (903)838-1204
jeff@jeffelliottlaw.com

          */s/ Nicholas A. O'Kelly*
          Nicholas A. O'Kelly