IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **ADAM BLAKE PERRITT** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 6:21-cv-146-JCB-KNM |
| | § | |
| **ORR MOTORS OF SHREVEPORT, INC., A/K/A GREGG ORR AUTO COLLECTION, INC., ORR MOTORS OF LONGVIEW, INC. AND CONEXIS BENEFITS ADMINISTRATORS, L.P.** | § § § § § § | |
| Defendants. | § | **JURY TRIAL DEMANDED** |

**PLAINTIFF'S NOTICE OF SETTLEMENT**

**TO SAID HONORABLE COURT:**

COMES NOW Plaintiff Adam Perritt ("Plaintiff "or "Perritt"), through his counsel of record, and respectfully informs the Court that the present matter has been settled and the Parties are in the process of finalizing the settlement. The parties anticipate filing dismissal documents within the next 30 days.

*[Signature page to follow]*

Dated: June 7, 2023.

                              Respectfully submitted,

                              **KILGORE & KILGORE, PLLC**

By:   /s/ *Clark B. Will*
        Clark B. Will
        State Bar No. 21502500
        The Law Offices of Clark B. Will, PC
        Member of the Firm
        Kilgore & Kilgore, PLLC
        3141 Hood Street, Suite 500
        Dallas, Texas 75219
        cbw@kilgorelaw.com
        214-379-0834
        214-953-0133 (fax)

        **ATTORNEYS FOR PLAINTIFF**
        **ADAM PERRITT**

## CERTIFICATE OF SERVICE

     I hereby certify that on the 7th day of June, 2023, a true and correct copy of the foregoing was served upon the parties of record through electronic e-file and service and/or email pursuant to the Fed. R. Civ. P.

Jeffrey C. Elliott
The Elliott Law Firm
5519 Plaza Drive
Texarkana, TX 75503
Jeff@jeffelliottlaw.com

                                    /s/ *Clark B. Will*
                                    Clark B. Will