UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00146

**Adam Blake Perritt,**
*Plaintiff,*

v.

**Conexis Benefits Administrators, L.P.,**
*Defendant.*

# ORDER

Plaintiff has dismissed with prejudice defendant Conexis Benefits Administrators, L.P. pursuant to FRCP 41(a). Doc. 111. No defendants remain in this suit. The clerk of the court is directed to close this case.

*So ordered by the court on August 9, 2023.*

J. CAMPBELL BARKER
United States District Judge